JAP:AEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**12 M 503**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

KAREEF AUGUSTE,

       Defendant.

- - - - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE WESTERN
DISTRICT OF VIRGINIA
(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

      JASON STEWART, being duly sworn, deposes and says that he is a Special Agent with the United States Secret Service (USSS), duly appointed according to law and acting as such.

      Upon information and belief, on May 17, 2012, an arrest warrant was issued by the United States District Court for the Western District of Virginia, commanding the arrest of the defendant KAREEF AUGUSTE for conspiracy to make, utter and possess counterfeit securities, in violation of Title 18, United States Code, Section 371.

      The source of your deponent's information and the grounds for his belief are as follows:

      1.   On May 17, 2012, an arrest warrant was issued by the United States District Court for the Western District of Virginia, commanding the arrest of the defendant KAREEF AUGUSTE, for conspiracy to make, utter and possess counterfeit securities, in violation of Title 18, United States Code, Section 371. The arrest warrant was issued following the issuance of an indictment

in that district. A copy of the arrest warrant and indictment are attached hereto.

2. On May 24, 2012 agents, including agents involved in the underlying investigation, responded to what was determined to be the defendant's Brooklyn, New York, residence address.

3. After being placed under arrest at his residence, the defendant was advised of his rights. The defendant, in substance and in part, admitted to being the individual sought in the Western District of Virginia and that his true name is KAREEF AUGUSTE.

4. It is the desire of the United States Attorney for the Western District of Virginia that the defendant KAREEF AUGUSTE be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant KAREEF AUGUSTE be removed to the Western District of Virginia so that he may be dealt with according to law.

JASON STEWART<br>
Special Agent, USSS

Sworn to before me this
24th day of May, 2012

_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK